LIDA A. HALL, as Administratrix of the Estate of BERT J. HALL, Deceased, Appellant, v. THE CAYUGA LAKE CEMENT COMPANY, Respondent.

*Hall* v. *Cayuga Lake Cement Co.*, 137 App. Div. 933, affirmed.
(Argued January 19, 1911; decided February 7, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 18, 1910, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the negligence of the defendant, his employer.

*J. J. McGuire* for appellant.

*Myron N. Tompkins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.